IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM KAYE as TRUSTEE OF THE MURRAY LIQUIDATING TRUST,<br><br>    Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>CARLISLE TIRE & WHEEL COMPANY,<br><br>    Defendant/Appellee/Cross-Appellant. | NO. 3:07-00336<br>JUDGE HAYNES |

## O R D E R

In accordance with the Memorandum filed herewith, of the Bankruptcy Judge's Order dismissing the Plaintiff's claims is **AFFIRMED**. This appeal is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED the 26th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge